Case: 16-2186    Document: 23    Page: 1    Filed: 10/03/2016

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DRAGON INTELLECTUAL PROPERTY, LLC,**
*Appellant*

v.

**UNIFIED PATENTS, INC.,**
*Appellee*

---

2016-1813

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01252.

-------------------------------------------------------------------------------

**DRAGON INTELLECTUAL PROPERTY, LLC,**
*Plaintiff-Appellant*

v.

**APPLE INC., AT&T SERVICES, INC., CHARTER COMMUNICATIONS, INC., COMCAST CABLE COMMUNICATIONS, LLC, COX COMMUNICATIONS, INC., DIRECTV, LLC, DISH NETWORK LLC, SIRIUS XM RADIO INC., TIME WARNER CABLE INC., VERIZON COMMUNICATIONS, INC.,**
*Defendants-Appellees*

_____

2016-2186, -2453, -2454, -2456, -2459, -2460, -2461, -2462, -2463, -2464

_____

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-02058-RGA, 1:13-cv-02061-RGA, 1:13-cv-02062-RGA, 1:13-cv-02063-RGA, 1:13-cv-02064-RGA, 1:13-cv-02065-RGA, 1:13-cv-02066-RGA, 1:13-cv-02067-RGA, 1:13-cv-02068-RGA, and 1:13-cv-02069-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

**DRAGON INTELLECTUAL PROPERTY, LLC,**
*Appellant*

**v.**

**DISH NETWORK LLC, SIRIUS XM RADIO INC.,**
*Appellees*

_____

2016-2468, -2492

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00499 and IPR2015-01735.

_____

**ON MOTION**

_____

Before STOLL, *Circuit Judge.*

**O R D E R**

Dragon Intellectual Property, LLC moves to consolidate 2016-2453, -2454, -2456, -2459, -2460, -2461, -2462, -2463, -2464 ("the AT&T appeals") with 2016-2186 ("the Apple appeal"). AT&T Services, Inc., DIRECTV, LLC, DISH Network L.L.C., and Sirius XM Radio Inc. oppose the motion.

The court notes it previously ordered the AT&T appeals, the Apple appeal, appeal no. 2016-1813, and appeal nos. 2016-2468, -2492 be treated as companion cases. The court further notes that the rules allow different appellees represented by different counsel to file their own briefs. *See* Fed. Cir. R. 28 Practice Notes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The AT&T appeals and the Apple appeal are consolidated and one set of briefs should be filed. The briefing schedule for these consolidated appeals shall be as follows: Dragon's corrected opening brief is due no later than 30 days from the date of this order, appellees' response briefs are due no later than 40 days from the date of filing of Dragon's corrected opening brief, Dragon's reply brief is due no later than 21 days from the date of filing of appellees' last-filed response brief, and the joint appendix is due no later than 7 days from the date of filing of Dragon's reply brief.

(2) The now-consolidated AT&T and Apple appeals, 2016-1813, and 2016-2468, -2492 shall be considered companion cases and assigned to the same merits panel.

(3) Dragon's brief filed in 2016-2186, ECF No. 13, is stricken and shall not be transmitted to the merits panel.

(4) The revised official caption is reflected above.

4   DRAGON INTELLECTUAL PROPERTY v. UNIFIED PATENTS, INC.

                                                       FOR THE COURT

                                                       <u>/s/ Peter R. Marksteiner</u>
                                                       Peter R. Marksteiner
                                                       Clerk of Court

s32